IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WALTER INTERRANTE, : | |
|           Plaintiff, : | |
| : | |
| v. : | Civil No. 2:19-cv-00263-JMG |
| : | |
| MERCK & CO., INC. : | |
|           Defendant. : | |

**ORDER**

**AND NOW,** this 22ⁿᵈ day of September, 2021, after careful consideration of Defendant's Motion for Summary Judgment (ECF No. 36), Plaintiff's Opposition to the Motion for Summary Judgment (ECF No. 41), Defendant's Reply in Support of the Motion for Summary Judgment (ECF No. 44), any exhibits attached thereto, and for the reasons provided in the accompanying Memorandum Opinion, it is hereby **ORDERED** as follows:

1. Defendant's Motion for Summary Judgment (ECF No. 36) is **GRANTED**.

2. Judgment is **ENTERED** in favor of Defendant and against Plaintiff.

3. The Clerk of Court shall mark this case as **CLOSED**.

                                                                                     BY THE COURT:

                                                                                     */s/ John M. Gallagher*
                                                                                     JOHN M. GALLAGHER
                                                                                     United States District Court Judge